| | |
|---|---|
| 801257<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br><u>Attorneys for Secured Creditor:</u> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H<br><br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>HEICEL G. RODRIGUEZ | Case No: 17-32313 - ABA<br><br>Hearing Date: February 28, 2018<br><br>Judge: ANDREW B. ALTENBURG, JR. |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING DEBTOR'S PROPOSED LIEN STRIP OF SECURED CREDITOR'S LIEN**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011


Dated:  ___2/16/18_____               /s/ Sherri J. Braunstein_____
                                                                         Sherri J. Braunstein, Esquire
                                                                         Phelan Hallinan Diamond & Jones, PC
                                                                         400 Fellowship Road, Suite 100
                                                                         Mt. Laurel, NJ 08054
                                                                         Tel: 856-813-5500 Ext. 47923
                                                                         Fax: 856-813-5501
                                                                         Email: Sherri.Braunstein@phelanhallinan.com