|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>801257<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H | |
| In Re:<br><br>HEICEL G. RODRIGUEZ | Case No: 17-32313 - TBD<br><br>Judge: ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Phelan Hallinan Diamond & Jones, PC</u>, will be substituted as attorney of record for secured creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H in this case.[1]

*Date:* 2/26/2018                                      */s/ James Shay*

*Date:* 2/26/2018                                      */s/ Andrew Spivack*
                                                        Andrew Spivack, Esq.
                                                        Superseding Attorney
                                                        Andrew Spivack, Esq.
                                                        Phelan Hallinan & Diamond, PC
                                                        400 Fellowship Road, Suite 100
                                                        Mt. Laurel, NJ 08054
                                                        Tel: 856-813-5500 Ext. 1566
                                                        Fax: 856-813-5501
                                                        Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>801257<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H |  |
| In Re:<br><br>Heicel G. Rodriguez | Case No:  17-32313 - TBD<br><br>Hearing Date: _____<br><br>Judge:  ANDREW B. ALTENBURG, JR.<br><br>Chapter:  13 |

**CERTIFICATION OF SERVICE**

1. I, Michele Gentile:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-H in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 26, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 26, 2018              /s/ *Michele Gentile*
                                                           Michele Gentile

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HEICEL G. RODRIGUEZ<br>2130 SOUTH UNION ROAD<br>VINELAND, NJ 08361 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| SEYMOUR WASSERSTRUM, ESQUIRE<br>205 WEST LANDIS AVENUE<br>VINELAND, NJ 08360 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ISABEL C. BALBOA, TRUSTEE<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4