Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−32313−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Heicel G. Rodriguez
   2130 S. Union ROad
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−1633

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     12/13/18
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, attorney, period: 11/7/2017 to 10/31/2018

COMMISSION OR FEES
Fee: $1,500.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 1, 2018
JAN: jpl

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32313-ABA
Heicel G. Rodriguez                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Nov 01, 2018
                              Form ID: 137             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db         +Heicel G. Rodriguez,    2130 S. Union ROad,    Vineland, NJ 08361-7698
lm         +BANK OF AMERICA,    100 North Tryon Street,    Charlotte, NC 28255-0001
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan &Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517158684  +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517301312   American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
517158685  +BAC home loans serv LP,    4909 Savarese Circle,    Tampa, FL 33634-2413
517158687  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517178645  +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812
517250257   Bank of America,    PO Box 31785,    Tampa, FL  33631-3785
517262764   Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517342612  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517158690  +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517158694  +Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
517158695  +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
517158700  +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517282309  +KeyBank N.A. s/b/m First Niagara Bank N.A.,    4910 Tiedeman Road,    Brooklyn Ohio 44144-2338
517388985   Office of the Attorney General,    25 Market St., PO Box 112,    Richard K Hughes Justice Complex,
             Trenton, NJ 08625-0112
517388986  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:   State of New Jersey,    PO Box 245,
             Dept of Treasure-Division of Taxation,    Trenton, NJ 08695-0245)
517244811   THE BANK OF NEW YORK MELLON FKA THE BANK,    Bank of America,    PO BOX 31785,
             Tampa FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2018 23:51:39     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2018 23:51:36     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517158692   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 02 2018 00:14:09     Capital One Bank Usa,
             PO Box 30281,    Salt Lake City, UT 84130-0281
517158697  +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 23:51:22     ComenityCapitalBank/Bosc,
             PO Box 182120,    Columbus, OH 43218-2120
517158698   E-mail/Text: mrdiscen@discover.com Nov 01 2018 23:50:42     Discover Financial,
             P.O. Box 15316,    Wilmington, DE 19850-5316
517177899   E-mail/Text: mrdiscen@discover.com Nov 01 2018 23:50:42     Discover Bank,
             Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
517388983   E-mail/Text: cio.bncmail@irs.gov Nov 01 2018 23:51:00     IRS,
             PO Box 725 Special Procedures Function,    Springfield, NJ 07081
517158699  +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 01 2018 23:51:54     KeyBank,
             4910 Tiedman Road,    Cleveland, OH 44144-2338
517353877   E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2018 00:14:21
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517283558   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 00:14:51
             Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,   POB 41067,
             Norfolk VA 23541
517307457   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 00:14:50
             Portfolio Recovery Associates, LLC,    c/o Carnival,   POB 41067,    Norfolk VA 23541
517307520   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2018 00:14:13
             Portfolio Recovery Associates, LLC,    c/o Frontier,   POB 41067,    Norfolk VA 23541
517343238   E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 23:51:28
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517158701  +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:12     SYNCB/TJX,    PO box 965015,
             Orlando, FL 32896-5015
517160855  +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2018 00:13:11     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517158696  +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 23:51:22     comenity bank/dtyfr.com,
             PO Box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Nov 01, 2018
                              Form ID: 137             Total Noticed: 35

517158686*     +BAC home loans serv LP,    4909 Savarese Circle,    Tampa, FL 33634-2413
517158688*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517158689*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517158691*     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
517158693*      Capital One Bank Usa,    PO Box 30281,    Salt Lake City, UT 84130-0281
517388982*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
517388984*     +IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATEHOLDERS OF THE CWHEQ INC. ET.AL. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Heicel G. Rodriguez mylawyer7@aol.com,
               ecf@seymourlaw.net
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE ON BEHALF OF THE
               CERTIFICATEHOLDERS OF THE CWHEQ INC. ET.AL. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```