Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 17-32313 (ABA)**

Heicel G. Rodriguez
2130 South Union Road
Vineland, NJ  08361

Monthly Payment: $338.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2020 | $338.00 | 02/11/2020 | $338.00 | 03/23/2020 | $338.00 | 04/21/2020 | $338.00 |
| 05/19/2020 | $338.00 | 06/19/2020 | $338.00 | 07/21/2020 | $338.00 | 08/17/2020 | $338.00 |
| 09/09/2020 | $338.00 | 10/14/2020 | $338.00 | 12/01/2020 | $384.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HEICEL G. RODRIGUEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $2,960.00 | $2,960.00 | $0.00 | $200.69 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $1,500.00 | $1,500.00 | $0.00 | $1,500.00 |
| 1 | AMERICAN EXPRESS | 33 | $1,936.65 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $6,515.21 | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,154.13 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,624.13 | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $8,784.66 | $0.00 | $0.00 | $0.00 |
| 8 | COMENITYCAPITALBANK/BOSC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $3,762.05 | $0.00 | $0.00 | $0.00 |
| 10 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | KEYBANK, N.A. | 24 | $13,525.00 | $5,658.29 | $7,866.71 | $2,763.28 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,999.27 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $846.31 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA, N.A. | 33 | $38,130.58 | $0.00 | $0.00 | $0.00 |
| 18 | BANK OF AMERICA, N.A. | 33 | $4,889.09 | $0.00 | $0.00 | $0.00 |
| 19 | BANK OF AMERICA, N.A. | 33 | $5,789.28 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,934.45 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $435.49 | $0.00 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP, LLC | 33 | $356.76 | $0.00 | $0.00 | $0.00 |
| 23 | KEYBANK, N.A. | 33 | $2,251.39 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | BANK OF AMERICA, N.A. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2017 | 8.00 | $0.00 |
| 08/01/2018 | Paid to Date | $2,782.00 |
| 09/01/2018 | 51.00 | $338.00 |
| 12/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,764.00 |
| Total paid to creditors this period: | $4,463.97 |
| Undistributed Funds on Hand: | $351.74 |
| Arrearages: | $292.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**