B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Camden)

| | |
|---|---|
| IN RE: | Case No:  17-32313 |
| | Loan Number (Last 4):  9681 |
| Debtors: Heicel G. Rodriguez | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Citigroup Mortgage Loan Trust 2022-A | Bank of America, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 3 |
| Amount of Claim: | $153,800.91 |
| Date Claim Filed: | 01/05/2018 |
| Last Four Digits of Acct #: | 7270 |

Phone:  1-800-258-8602
Last Four Digits of Acct #:  9681

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:  1-800-258-8602
Last Four Digits of Acct #:  9681

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By:  /s/ John Shelley | Date:  11/03/2022 |
| InfoEx, LLC, as authorized filing agent | |
| (Approved by: Mike Tavey) | |

Specific Contact Information:

Mike Tavey - Bankruptcy Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

497797-2373976b-3eeb-45bf-bfee-6561c51e7afa-