Certificate Number: 15111-NJ-DE-037027194

Bankruptcy Case Number: 17-32313



15111-NJ-DE-037027194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2022, at 2:50 o'clock PM EST, Heicel G. Rodriguez completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  December 7, 2022               By:  /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education